Come back on 9-4-025. Resubmitted 9-10-25

To: Clerk of Court
U.S. Middle District
777 Florida St, Suite 139, Baton Rouge, La 70801
From Matt Banks #116002
Elayn Hunt Correctional Center
6925 Hwy 74, St. Gabriel, La 70776.

RECEIVED
SEP 15 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Greetings: I need help from this court. I'm been retaliated against for writing and A.R.P. by ranking Prison officials just as bad this makes about five wardens done came and left this one will not answer non of my informal complaints, this ties in to legal mail tampering I been trying to get a lawyer now after this A.R.P. just about ever officer on alert. the ranking officials have to sign so the money can be paid out my account to send the mail. The La. Bar assn referral to Disability Rights New Orleans, La seeking legal representation I been trying to get my withdrawal copy and still trying it's not right. I don't know it was sent out or I charged right this ranking official showing bias against me getting anything done I got to pay to come in to the court. The A.R.P. was rejected I'm ready to bring it in I can't challenge the defendants without representation. over a month I have not been able to get paper or a pin out the canteen, and I'm not versed in the law and no legal help and I can't get copies. Here the underlying facts my claims. The violations of my 8th Amendment rights, under color of state law, civil rights 1983, ADA, La. C.C.P. 2315 against the prison officials et al. On 4/07/025, I was admitted to skill nursing very sick. I'm a diagnosed chronic type 2, diabetic with serious medical issues ongoing inadequate care problems. On 4/12/025 I was wrote up on a rule violation, I had nothing to do with. On 4/14/025 the 6 officials walked up in the room the captain handcuffed me and physically started hitting me in the head 8/9/10 times for no reason. I'm sentence to 60 days. On 7/08/025 I submitted the A.R.P. to DOC on 7/14-025 it was rejected alleged reason - I'm addressing more then one incident. But the fact the first write up was combined with the 4/14/025 write up during D-B court. This wrong was intentional. Now over 150 in lockdown is wrong tort. My health and well fare in danger. I'm mentally and mercy harmed. this not and attempt to deceive the court I need help. Page 1 ee From Matt Banks. 8/24/2025. Legal Mail

Matt Banks 116002
Elayn Hunt Correctional Center,
6925 Hwy 74 St. Gabriel
La 70776

BATON ROUGE LA 707
12 SEP 2025 AM 1 L

1775 ★ 2025

SCREENED
OK
U.S. MARSHAL

To Clerk of Court
U.S. District Court
777 Florida st, Suite 139
Baton Rouge, La 70801

70801-176699