RECEIVED
NOV 04 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

in the united States District Court
For the ______________________

Matt Banks #116002 Plaintiff
v.
Warden Keith Turner Defendants
et al

ORDER to show CAUSE For AN PRELIMINARY INjunction & A TEMPORARY RESTRAINING ORDER
Civil Action No. ____________

upon the complaint, the supporting affidavit of Plaintiff, submitted herewith, it is ORDERED that defendant Warden Keith Turner against Matt Banks show Cause in room ____ of the united States Courthouse: U.S. Middle District 777 Florida St Suit 139 Baton Rouge, La 70801, on the ____ day of ____ 20 at ____ o'clock, why a Preliminary injunction should not issue pursuant Rule 65(a) of the Federal Rule of Civil Procedure enjoining the Defendants, their successors in the office, agent and employees and all other Persons acting in Concern and Participation with them from ______________________

It is Further ordered that effective immediately, and Pending the hearing and determination of this order to show Cause, the defendants ________ and each of their officers agents, employers, and all person acting in concert or Participation with them.. are restrained from ______________________

It is FURTHER ORDERED that the order to show Cause and all other papers attached to this application, be served on the aforesaid Plaintiffs by Date

______________________

Dated ______________________

______________________

To, Clerk of court, u.s. Middle District court
777 Florida St, Suite 139 Baton Rouge, La 70801
From Matt Banks #116002, Elayn Hunt C.C.
HwY 74, St, Gabriel, La 70776

Greetings, This is bY no means an attempt to decive the Court I fear for MY Life, This is a Emergency and Sensitive issues. I need Protection and Seeking Legal representation, I'm been retaliated against for writing an A.R.P. against 6-Ranking officials

1. The Gist of MY A.R.P. Complaint

ON, 4/7,025 I was admitted to Skill nursing very sick I'm diagnosed with the Type 2 Diabetes Chronic disease ON, 4/14/2025 I was wrote up, the 6 Ranking officials walked up in the room, Captain Keenen Letcher hand cuffed Me and Physically started hitting me in the head 8, 9, 10, Times for no reason and the other officials just standed there Looking. I'm taken to Beaver Lock down and Sentence to 60 days on a rule 3 & 5. I wrote it up under the violation of my 8th Amendment rights, civil rights A.D.A. and La, C.C. act 2315. I submitted the A.R.P. to D.O.C. by legal mail on 7, 7, 025 ON, 7, 16, 025 it was rejected alleged that I'm addressing more then one incident. But the fact the write up on 4, 12, 025 was conbinded with the 4, 14, 025 write up making this one claim, This was intentional. I'm not versed in the Law so I stayed to the issues, I been ready to bring this in the Court, But I can't challege the defendants without representation For 2 months now all of sudden I can't get writing paper out the canteen on going. The inmate counsel is banned from making copies or anything against the Prison ever under A.D.A. But the A.R.P. is Exhausted.

2. Now come the other Retaliation - Adverse actions to continuose Evil Motives of the Cause connection (1) Why I'm Still in Lockdown now 6-Months with no rule inflictions on 60 days Sentence? I tell you why Warden Keith turner overall expects of this Prison Knows if this make it in the court the Surveillance Cameras don't Lie, adding the fact this captain Keenen Letcher been quit Evidence This part my attempt to Prove the fact by the dates I talked to each official this can help I'm be a held in

1

violations of my constitutional rights to the point my life is in danger and this happening now (2) if any these defendants seen the survillance camera footage would I still be keped in locked down

1 ON, 7,24,025 I wrote Warden Russ over security, because my review board hearing was alleged stopped by him and I wrote the warden Turner. 2 ON, 8,7,025 Coloner Credit was at the review hearing I didn't know he had and opinion, he rejected my release saying I can't be fighting with officials, and said I have not done enough time. this was Bias he said nothing about the survillance camera, 3 ON, 9,18,025 Shakdown came on Beaver 5-A, about five time in about ten days warden Russ over security I asked him why I'm still in lock down on, 60 days now 5-months, he said thats what happen when you jump on a official so I asked him what happen when an official jumps on you, he said they go to jail, and he said he don't work here anymore. 4 ON, 9,18,025 at 9am, Coloner, Clark, I told I been in Lock down 5-months on 60 days he couldn't believe... it and no inflictions he said first thing monday he 5 going to call and see whats the problem. ON, 9,24,025 Coloner Clark, said he can't do nothing it have to go through the change of command, the warden. ON, 9,25,025 warden Keith Turner, ON, 9,25,025, warden Turner and warden Russ, over security. I introduced myself and told him about the 60 days with no inflictions now over 5, months he put on like, I was the one he was looking for and Russ said I already got my stuff like everything taken care of, But I'm still here also the Major from unit (1) came to help I told he said 2 365 on a official carry a year, if you do it, he said let eher quit.. ON, 9,30,025 The new warden White. I introduced myself and warden Russ over security again so I told Mr, White this don't make no since he telling me he don't know, but he been here he walked off down the tier and told mr Russ, now I'm telling then you have the survillance camera you know I shouldn't be in here now mr, Russ trying to tell me about the days we already been over this, I said then why I'm still in here

he Looking at me with a smile ON Lay Person: This white l was told fact Verified information from in house sourse and said l heard you start fights with officials and they going to Keep you in lock down for ever and ever. The Disciplinary Review Board is one of the King Pins showing ex gratia Bias misprison of duties in following the directions form they Supervisor and or The warden Turner instrections Evidented (1) over all they all ignored the survillance cameras in the hospital rooms and my complaint started off: Unless the Survillence Camera audio visual body cameras show different to this what l see etc also Pursuant to La. C.C. art. 2315 and the 90 day rule for submitting A.R.P.'s act I wrote Attorney Dona Gradner, she said l had to request the Survillence with in thirty days of the incident and rejected my need All l can say l tried an was ignored but l got the A.R.P. in before 90 days D.O.C. Policy. I wrote the La. Bar, Assn for Lawyers will take a Prison case. l was responded to 7,22,025 referral to Disability Rights. l only got two legal mails (1) 9,20,025 (2) 9,30,025 on the same day 10, ,025, about the class, action at david wade C.C. Later ON 10,7,025, l received a response was dated 9,26,025 that alleged about five reason the class action can't let them do nothing for me. I Don't see nothing different but it's a class action and mine not. l'm A.D.A on 9,17,025 l was taken to university medical hospital in New Orleans, La. Knee swollen due to Passing out Low sugar trying not to get an Amputation inadequate food Contaminated water no Exercise some time over a month and the officials Keep Putting H.S.4 mental Patients in my cell that fights for no reason and do mo-jo, l can't hardly get up and fighting and when you tell the guard they ignore you even rank it's bed. Now 6-months on 60 days My Life in jeoperdy l got to use my walker. and l can't even get the medication Prescribed to me by two doctors ongoing if l write up any thing l'm Retaliated against l Know it's a cost but l need legal representation and this court Protection

We hear by verfy that the alleged here in are true and as those l believe them to be true I certify under the Penalty of Perjury that the for going is true and correct.

Signature
Akron Matt Banks 11/2025
Date: 10, 16, 2025
Thank You. CC

Executed at E.H.C.C.

Louis[illegible]ect [illegible], S[illegible] and Emergency issues of Warden failure to respond to avoid relief and this shall be held at a higher Level of of Gonverment - Retaliation - investigation on Malfeasancez while holding Public duties.

To, Secretary, Gray Wentcott
and Governor, JEFF M, LANDRY
504 Mayflower street
Baton Rouge, La 70802

From, Mr, Matt Banks #116002
Elayn Hunt C. C
6925, Hwy 74, St. Gabriel, La
Diabetic with Serious medical needs ADA

This is a request for an A.R.P. act against the Deliberate indifference State of Mind, injuries over conditions of my Confinement, I have a liberty interest against being asssign to Segregated Lockdown 6-Months and Counting on 60 Days sentence with no rule inflictions;

The underlying facts

I, Warden Turner, who overall expects of the Prison Waste use to respond to inmate informal Correspandence to Staff on, 4, 14, 025 writeup on a rule 38-5. The officials overall credibility Safeguard "survaillance cameras Pursuant to Case Number EHCC-2025-197 Contributed articlle that Substantiate Proof, that Con-demn by this Warden or the review board Committee or under they Supervisor orders because how you going to make a judgment with out the Known about survillance cameras.. Other a bad System Showing Wanton inflictions of Emotional mental depression Pain & Suffering-o-rule inflictions from the alleged 38-5 to the 60 Days sentence Now up to 6-months the Policy Rules and Regulations or Protcol not being followed adding to the Mail tampering Problems all ignored, or made a parts of the other wrong rules by the warden

Conclusion of facts

On, 4/[illegible]/025, I was brutality beaten in the head 8/9/10 times after being handcuffed for no reason and this Captain, Keenen Letcher, have the same history when he was at Angola State Prison and now Quit instead of being fired from D.O.C. or here;

Relief OnGoing

Due to the ongoing evil motives and callus indifference this have to be treated at a higher level of investigation of my 8th & 14th Amendment Constitutional Rights violations & A.D.A.

From, Mr. Matt Banks

C.C submitted on, 10, 22, 025 Put back on unit-1 Dorm A!
I'm not Protected in the Cells fighting Disabilities Need own Cell

Mr. Matt Banks #116002
Elayn Hunt Correctional Center
P.O. Box 174
St. Gabriel, La. 70776

BATON ROUGE LA 707
31 OCT 2025 AM 3 L

UNITED STATES OF AMERICA
FOREVER/USA

U.S. MARSHAL
OK
SCREENED

Clerk of Court
United States Middle District
777 Florida St. Suite 139
Baton Rouge, La. 70801

70801-176699