A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Mr. MATT Banks — Plaintiff

116002 — Inmate Number

VERSUS

Cadet, Kneisha Ghoram
Lt, Gordon., Lt, Angoie Green
Major, Randell, Escue., Captain,
Keenen Letcher., Colonel,
Danny Clark

(Enter above the full name of each defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $402.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

Yes ( ) No ( )

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ( ) No ( )
If Yes, what is the Administrative Remedy Procedure number?________________

2. If you did not file an administrative grievance, explain why you have not done so.
________________________________________________
________________________________________________

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 2 of the administrative grievance procedure by appealing to the Secretary of the Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the Warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)________________________________________________
________________________________________________
________________________________________________
________________________________________________

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A) Name of Plaintiff(s) Matt Banks
Address: Elayn Hunt Correctional Center 6725 Hwy 74 St, Gabrrel, LA, 70776

B) Defendant Captain, keene Letcher and 5 more is employed as Capton at Elayn Hunt Correctional Center

C) Additional Defendants: Not Meted out in isolation, ~~Warden Keith Turne~~, Warden Keith tuner over all expects of Elayn Hant Correctional Center,

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is

involved. Include also the names of other persons involved, dates, and places. **Do not include any legal arguments or cite any cases or statutes**. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) State the FACTS of your case. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. You are NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

The fact this what I seen-heard-felt and experienced whether unless the survillance say different ON, 4,07,025 I was admitted to skill nursing put in a one bed room I'm adiagnosed type two Diabetic I came down with a high fever about two days later I was moved to a two man room also isolation an inmate was already there ON, 4,12,025 Captain Keener Letcher walked up in the room and question the other inmate and got a can of alleged altered tobacco from him him and told this cadet Kneisha Ghoram to write both of us up they identical write up's I asked why I was wrote up not meted out the Lt, Gordon and Keener Letcher was notified ON, 4,14,025 after the six officials entered the isolation room I looked I'm thinking it was too many people in one space so I remained on the bed, then Captain K, Letcher came and hand cuffed me then he started warpping the chain around my wist I told him to let me get up I have a bad back and hip I tried I'm ignored I tried turning my body to relive the pain he started punching me in the head 8-9-10+ times for no reason he brutalizing me for nothing an no body stopped him. But the only reason he did stop and he didn't want to I open my mouth to bite his fist he didn't want to sear up his fist. And this the only time I heard him say some thing. he said, he trying to bite me and then we came out the room I was hog tied just the way he started all this and I'm denied proper medical attention I'm hurt bad. Captain Keener Letcher notified by Lt, Angela Greer Major Randall Escue was just standing looking and Colonel Donny Clark.

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Stronger medication is required to cure the defendants disrespect for the law and the defendants shall be held with liability for the acts causing damages.

## VI. Plaintiff's Declaration

A) I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B) I understand that I may not proceed without prepayment of costs if I have filed three

[illegible] tobacco from him and told this cadet Kneisha Ghoram to Write both of us up they identical write up's I asked Why I was wrote up, not meted out, The Lt, Gordon and Keener Letcher, was notified,

On, 4/14/025 after the six officials Entered the Isolation room I Looked I'm thinking it was two many people in one space So I remained on the bed, then Captain K, Letcher came and hand Cuffed Me then he started warpping the chain around My wisk I told him to Let me get up I have a bad back and hip I tried I'm ignored I tried turning my body to relive the Pain He started Punching Me in the head 8-9-10, times for no reason he brutalizeing me for nothing an no body stopped him, But the only reason he did stop and he didn't want to, I open my Mouth to bite his fist he didn't want to scar up his fist And this the only time I heard him say some thing he said, he trying to bite me and then we came out the room, I was hog tied just the way he started all this and I'm denied Proper medical attention I'm hurt bad
Captain Keener Letcher was notified by Lt, Angela Green Major Randall Escue was just standing Looking and Colonel Donny Clark

12/23/025 ec

lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this______day of____________________, ___________.

____________________________________
Prisoner No. (Louisiana Department of Corrections or Federal Bureau of Prisons

[signature]
Signature of Plaintiff
12, 23, 025
Submitted

Matt Banks 116002
Elayn Hunt Corr Ctr
P.O. Box 174 Hwy 74
St. Gabriel, La 70776

BATON ROUGE LA 707
30 DEC 2025 AM 2 L

SCREENED
OK
U.S. MARSHAL

UNITED STATES OF AMERICA
FOREVER/USA

To: Clerk of Court
U.S. Middle District Court
777 Florida St. Suite 139
Baton Rouge, La 70801-1712

70801-176699