To: Clerk of Court
U.S. Middle District Court
777 Florida St, Suite 139.
Baton Rouge, La 70801-1712
From, Matt Banks #116002
Elayn Hunt Corr-Ctr
P.O. Box 174, 6925 HWY 74
St Gabriel, La 70776.

RECEIVED
DEC 31 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Re: Banks v. Prison officials
Civil Action No, 25-837-SDD-RLB

ON 11-13-025 I received your 11-07-025 responce with a 21 day deadline to correct deficiencies
IN responce I requested the statement of account twice a failed I was told write Legal I'm resubmitting the statement of account 12,23,025 and signing the Authorized section and hope this help. I have whether two motions, I wish not to involve — No. Prison officials not to take and forward any money of Mine to make any payment in this Matter due to the fact this assistance is involved, I'M Putting the grievance in challenging this Mis, conduct; if granted the motion to Proceed in forma Pauperis I, will make my own Payments if granted the motion to Proceed informa Pauperis, still seeking Legal repersentation I'm retaliated against the fact I'm sentence to 60 days but I'm told I got to do a year in lock down it's the civil action suits, now 8-months I violated no rules since I been Put in lock down by these Wardens and ranking officials I'm in danger seriously I'm emotionally harmed it's inmates getting killed it's bad and I don't even suppose to be at this Level of lock down I'm a type 2 diabetic it's hard to work fast been denied all expects of due Process, Please advice, I'm getting it done.
Enclosure, This to clerk of court.) The 42 U.S.C. §1983 with statement of claim.

Thank You: From, Matt Banks #116002
Elayn Hunt Corr-Ctr
6925 Hwy 74
St Gabriel La 70776.

Total 6-Pages.

(1) submitted 12,23,025